Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Attorneys for Defendant
  *Citibank, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA WATSON,<br><br>                    Plaintiff,<br><br>- against -<br><br>CITIBANK, N.A.,<br><br>                    Defendant. | Case No: 18-cv-03964 (FB-RER) |

### FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITIBANK, N.A.

Defendant Citibank, N.A., by its undersigned attorneys, discloses pursuant to Fed. R. Civ. P. 7.1 that Citibank, N.A. is a subsidiary of Citigroup Inc., a publicly held corporation. No publicly held corporation owns ten percent or more of the stock of Citigroup Inc.

Dated:  New York, New York
           July 20, 2018

                                              ZEICHNER ELLMAN & KRAUSE LLP

                                              By: _____
                                                 Barry J. Glickman, Esq.
                                              Attorneys for Defendant Citibank, N.A.
                                              1211 Avenue of the Americas
                                              New York, New York 10036
                                              (212) 223-0400

970628