Barry J. Glickman, Esq.
Bruce S. Goodman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA WATSON, <br><br> Plaintiff, <br><br> - against - <br><br> CITIBANK, N.A., <br><br> Defendant. | Case No. 18-CV-3964 (FB) (RER) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

      ENTER my appearance as co-counsel in this case for defendant. I certify that I am admitted to practice in this Court.

Dated: New York, New York
         July 31, 2018

                                      ZEICHNER ELLMAN & KRAUSE LLP

                                      By: _____
                                          Bruce S. Goodman
                                          Attorneys for Defendant
                                          1211 Avenue of the Americas
                                          New York, NY 10036
                                          (212) 223-0400

TO: RABINOWITZ, GALINA & ROSEN
       Attorneys for Plaintiff
       94 Willis Avenue
       Mineola, New York 11501

975805