# RABINOWITZ, GALINA & ROSEN
## Attorneys at Law
94 Willis Avenue
Mineola, New York 11501
(516) 739-8222
(516) 739-8225 Facsimile

Michael M. Rabinowitz
Michael R. Galina
Gayle A. Rosen

August 7, 2018

VIA ECF
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

        Re: Watson v. Citibank, N.S.
            18 CV 3964 FB – RER

Dear Judge Reyes, Jr.:

    We are counsel to the Plaintiff in this matter. The initial conference is presently scheduled for August 14, 2018 at 10L30 A.M. before the Court.

    The undersigned recently learned that one of my sons is required to have surgery on August 14 at the Hospital for Special Surgery in Manhattan. I would like to be able to be with him and respectfully request that the conference be adjourned for a short period of time.

    I thank the Court for its consideration herein.

                                                      Very truly yours,

                                                      Michael M. Rabinowitz

MMR:rpk
ECF to counsel for all parties