UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANGELICA WATSON,                                    Civil Case No.
                                                    18 CV 3964 (FB)(RER)
                Plaintiff,

        -against-

CITIBANK, N.A.,

                Defendant.
----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

      IT IS HEREBY AGREED, by the undersigned attorney for Plaintiff Angelica Watson and that the above entitled action is voluntarily dismissed and discontinued, without costs to either party as against the other.


Rabinowitz, Galina & Rosen
Attorneys for Plaintiff

_____
By: Michael M. Rabinowitz
94 Willis Avenue
Mineola, New York 11501
(516) 739-8222
mrabinowitz@randglaw.net

Dated:  Mineola, New York
         October 3, 2018

SO ORDERED:

_____
Hon. Frederic Block, USDJ